Official Form 23 (10/06)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Georgia

In re **Belinda Green-Ferguson** _____

Debtor

Case No. 07-79103-PWB

Chapter **7** _____

## DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I, Belinda Green-Ferguson , the debtor in the above-styled
(Printed Name of Debtor)

case hereby certify that on 1-27-08 (Date), I completed an instructional course in personal financial management provided by Consumer Credit Counseling Service
(Name of Provider)

an approved personal financial management provider.

Certificate No.: 02114-6AN-DE-003253266

☐ I, _____ , the debtor in the above-styled case,
(Printed Name of Debtor)

hereby certify that no personal financial management course is required, because of *[Check the appropriate box.]*:

☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h)
☐ Active military duty in a military combat zone; or
☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: *Belinda Green-Ferguson*
**Belinda Green-Ferguson**

Date: 1-28-08

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

JAN 28 2008 PM03:44



FILED
IN CLERK'S OFFICE
U.S. ....... COURT
..... DISTRICT
OF GEORGIA

W. YVONNE EVANS
CLERK

JAN 28 2008 PM03:11

BY: _Heather Offord_

Certificate Number: 02114-GAN-DE-003253266
Bankruptcy Case Number: 0779103

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 01/27/08, at 12:35 o'clock AM EST, Belinda K Green
Ferguson completed a course on personal financial management given by
<u>Internet</u> by Consumer Credit Counseling Service of Greater Atlanta, Inc., a
provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course
concerning personal financial management in the Northern District Of Georgia.

Title:   <u>Bankruptcy Program Director</u>                    Date:  <u>01.27.08</u>
By: <u>/s/Doug Erickson</u>

Consumer Credit Counseling Service (CredAbility):
Phone: 866-672-2227
Email: info@cccsinc.org
Website: www.cccsbankruptcy.org
Tax ID: 58-0942924

1